UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-1210-JLS-KES                                                Date: August 22, 2017
Title:  Kathy Lira v. Web.com Group, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (Doc. 14)**

   The Court has reviewed Plaintiff's Notice of Voluntary Dismissal.  (Doc. 14.)  Upon review, the Court GRANTS the voluntary dismissal.  Plaintiff has properly submitted an analysis of the *Diaz* factors and included a copy of the settlement agreement.  The Court concludes that the *Diaz* factors weigh in favor of dismissal.  Accordingly, the Court GRANTS the voluntary dismissal WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class's claims.

                                                                           Initials of Preparer:  tg